UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | USDC Case Number: 2:20-cr-00209-DB |
|---|---|
| v. | **PRE-JUDGMENT IN CRIMINAL CASE** |
| **Jacob M. Dobrinski** | **(Class A Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 21 U.S.C. § 844(a) | Possession of a Controlled Substance |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** a fine in the amount of $1,000 , a special assessment of $25 , and restitution in the amount of $.

| Victim Name: | Restitution Amount $ |
| Victim Name: | Restitution Amount $ |
| Victim Name: | Restitution Amount $ |

☒ Total financial obligation of $1,025.00 due no later than June 29, 2021.
☐ Monthly payments of $ , per month for months commencing on and each month thereafter by the of the month until paid in full.

☒ **COURT PROBATION** for a term of 12 months, expiring on 12/28/2021. Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☐ You shall perform hours of community service by .

**While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on by .

☐ **YOU ARE ALSO ORDERED TO APPEAR for a REVIEW HEARING** on at and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☒ **OTHER**: Court probation (prejudgment probation) pursuant to 18 U.S.C. § 3607, complete drug program within six (6) months

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.

DATED: 6/17/2022

/s/ *Deborah Barnes*
**Deborah Barnes**
United States Magistrate Judge

CRD Initials: pb